FORMER EMPLOYEES OF OXFORD AUTOMOTIVE U.A.W. LOCAL 2088, PLAINTIFFS, v. UNITED STATES DEPARTMENT OF LABOR DEFENDANT.

Court No. 01–00453

## JUDGMENT

RESTANI, *Chief Judge*: This case having come before the court for decision on the Notice of Revised Determination on Remand, consistent with Slip Op. 03–129, entered on October 2, 2003,

IT IS HEREBY ORDERED that the Notice of Revised Determination on Remand of the United States Department of Labor is sustained.